**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Christine M. Arguello**

Criminal Action No. 09-cr-00060-CMA-01

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

MICHELLE LYNN MOONEY,

    Defendant.

---

**ORDER VACATING SUPERVISED RELEASE VIOLATION HEARING AND
MODIFYING CONDITIONS OF SUPERVISED RELEASE**

---

    This matter is before the Court upon the report of the probation officer and concerning the conduct of Michelle Lynn Mooney, who failed to comply with the conditions of supervised release by possessing and using controlled substances, failed to participate in testing and treatment for substance abuse as directed, and failed to follow the direction of the probation officer.  As a result of these violations, a supervised release violation warrant was issued on May 29, 2009.

    Defendant, after consulting with her attorney, signed a Waiver of Hearing to Modify the Conditions of Supervised Release to include a special condition requiring her to reside in a residential reentry center up to a maximum period of 180 days at the direction of the Probation Office.

    Furthermore, Defendant was ordered to participate in a home detention program for five months as a condition of supervised release.  Due to Defendant's arrest for violations of supervised release, she did not complete 23 days on Home Detention.

In lieu of proceeding with a supervised release violation hearing, it is

ORDERED that Defendant shall reside in an approved residential reentry center up to a maximum period of 180 days, to commence as directed by the Probation Office, and Defendant shall observe the rules of that facility.  Defendant may be discharged earlier than 180 days by the Probation Office if she is determined to be in full compliance with all conditions of supervision.  Furthermore, it is

ORDERED that the remaining 23 days of home detention are waived.

IT IS FURTHER ORDERED that the hearing on violation of supervised release set for August 13, 2009 is hereby VACATED.

DATED: July   9  , 2009

BY THE COURT:

*Christine M Arguello*

_____
CHRISTINE M. ARGUELLO
United States District Judge